JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH SHANE MASSERANO, | ) | Case No. CV 10-2597-JFW(AJW) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| QUINTANA, Warden, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition is dismissed for lack of jurisdiction.

Dated: May 10, 2010

_____
John F. Walter
United States District Judge